IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SARAH LEHR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:23-cv-00675 |
| | ) Judge Trauger |
| TAPESTRY, INC. | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

On September 5, 2023, the Magistrate Judge issued a Report and Recommendation (Doc No. 10), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendant's Partial Motion to Dismiss (Doc. No. 5) is GRANTED and the plaintiff's Title VII gender discrimination claim is DISMISSED WITH PREJUDICE.

This case will be returned to Magistrate Judge Frensley to whom it is on referral for further handling under the original referral order.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge