IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SARAH LEHR, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:23-cv-00675 |
| | ) Judge Trauger |
| TAPESTRY, INC., | ) |
| Defendant. | ) |

**O R D E R**

On May 2, 2025, the Magistrate Judge issued a Report and Recommendation (Doc No. 42), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendant's Motion for Summary Judgment (Doc. No. 22) is GRANTED, and all claims against the defendant are hereby DISMISSED WITH PREJUDICE.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge